UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-479-T-17TBM

DAVID DOMINGO RODRIGUEZ

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for approximately $8,175.00 in U.S. currency.

The defendant pleaded guilty to conspiracy to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(b)(1)(B)(ii) and 846, as charged in Count One of the Indictment, and the Court adjudicated him guilty of this offense.

The Court finds that the United States has established the requisite nexus between the identified asset and the offense of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the asset identified

CASE NO. 8:16-CR-479-T-17TBM

above is forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

DONE and ORDERED in Tampa, Florida, this 24th day of August, 2017.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record