UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-479-T-17TBM

DAVID DOMINGO RODRIGUEZ

## **FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for approximately $8,520.00 in U.S. currency, which was subject to a July 13, 2017 preliminary order of forfeiture (Doc. 50).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from August 26, 2017 through September 24, 2017, the United States published notice of the forfeiture and of its intent to dispose of the asset. (Doc. 52). The publication notified each interested third-party to file a petition to adjudicate their interest within sixty days of the first day of publication and with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

In accord with 21 U.S.C. § 853(n), the United States properly noticed those known to have a potential interest in the asset, including Mary Morales.

CASE NO. 8:16-CR-479-T-17TBM

Other than the defendant, whose interest was previously forfeited to the United States, and Mary Morales (whose claim was withdrawn), no person filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the asset now vests in the United States of America.

ORDERED in Tampa, Florida, on October 27, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE